Carlos Blumberg
Nevada Bar No. 7607
**BLUMBERG LAW FIRM**
Tivoli Village (Summerlin)
410 S. Rampart Blvd., # 390
Las Vegas, Nevada 89145
Tel.:  702-388-0005
Fax:  702-258-0002
Email:  Blumberglaw@aol.com

*Attorneys for Respondents*

**DAVID LIEBRADER**
Nevada Bar No. 5048
**THE LAW OFFICES OF DAVID LIEBRADER, INC.**
601 S. Rancho Dr. Ste. D-29
Las Vegas, Nevada
Tel.:  702-380-3131
Fax:  702-380-3102
Email:  dliebrader@gmail.com

*Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN S. MANN,<br><br>　　　　Petitioner,<br><br>-against-<br><br>MORGAN STANLEY SMITH BARNEY, LLC<br>and MSSB FA NOTES HOLDINGS, LLC,<br><br>　　　　Respondents. | Case No.: 2:15-cv-00217-GMN-PAL |

**STIPULATION FOR PETITIONER TO AMEND PETITION TO VACATE ARBITRATION AWARD AND TO EXENTED TIME FOR RESPONDENTS TO RESPOND TO PETITIONER'S (AMENDED) PETITION TO VACATE ARBITRATION AWARD**
**(First Request)**

WHEREAS, on January 2, 2015, Petitioner Alan S. Mann's Petition to Vacate Arbitration Award was filed in the District Court of the State of Nevada, Eighth Judicial District (referred to below as the "State Court Action");

WHEREAS, on January 8, 2015, Respondents Morgan Stanley Smith Barney, LLC and MSSB FA Notes Holdings, LLC (collectively "Respondents") received notice of the State Court Action;

WHEREAS, on February 3, 2015, Respondents were served with the State Court Action;

WHEREAS, on February 6, 2015, Respondents Notice of Removal in the instant matter was filed, and Petitioner received notice of removal on February 6, 2015;

WHEREAS, pursuant to Fed. R. Civ. Proc. 81 (c)(2)(C) and the rules of this court, Respondents' deadline to respond to the Petition to Vacate Arbitration Award ("the Petition") is February 13, 2015; and Petitioner's deadline to file a reply in further support of the Petition is seven days after Respondent responds to the Petition;

WHEREAS, counsel for Petitioner has indicated a desire to amend the instant Petition;

WHEREAS, counsel for Petitioner and Respondents have agreed that Petitioner shall have until March 6, 2015, to file the amended Petition;

WHEREAS, counsel for Petitioner and Respondents have agreed that Respondents shall have until April 6, 2015 to file an opposition to the Petition or an opposition to the amended Petition;

WHEREAS, counsel for Petitioner and Respondents have agreed that Petitioner shall have until April 20, 2015 to file a reply in further support of the Petition or a reply in further support of the amended Petition.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that:

1. Petitioner shall file and serve the amended Petition to Vacate Arbitration Award on or before March 6, 2015;

2. Respondents shall file and serve the opposition to the Petition to Vacate Arbitration Award or the opposition to the amended Petition to Vacate Arbitration Award on or before April 6, 2015; and

3. Petitioner shall file and serve the reply in further support of the Petition to Vacate Arbitration Award or reply in further support of the amended Petition to Vacate Arbitration Award on or before April 20, 2015.

Dated: February 10, 2015

THE LAW OFFICES OF DAVID LIEBRADER, INC

By: _____
David Liebrader
601 S. Rancho Dr. Ste. D-29
Las Vegas, Nevada
Tel.: 702-380-3131
Fax: 702-380-3102
Email: dliebrader@gmail.com

*Attorneys for Petitioner*

Dated: February 10, 2015

BLUMBERG LAW FIRM

By: _____
Carlos Blumberg
Nevada Bar No. 7607
Tivoli Village (Summerlin)
410 S. Rampart Blvd., # 390
Las Vegas, Nevada 89145
Tel.: 702-388-0005
Fax: 702-258-0002
Email: Blumberglaw@aol.com

-and-

**BEUGELMANS, PLLC**

Mauricio S. Beugelmans*
Daren A. Luma*
80 Broad Street, Suite 1302
New York, NY 10004
Tel.: 646-350-0050
Fax: 646-304-6897
Email: mbeugelmans@beugelmans.com
Email: dluma@beugelmans.com

*Pro-hac vice admission pending*

*Attorneys for Respondents*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall comply with LR 6-2(a) in any future stipulations submitted which states in part that "the signature block shall not be on a separate page, but shall appear approximately one inch (1") below the last typewritten matter on the right-hand side of the last page of the stipulation."

Dated this 11th day of February, 2015.

Peggy A. Leen
United States Magistrate Judge

Respectfully submitted by:

                        **BLUMBERG LAW FIRM**

By:    /s/Carlos Blumberg_____
         Carlos Blumberg
         Nevada Bar No. 7607
         Tivoli Village (Summerlin)
         410 S. Rampart Blvd., # 390
         Las Vegas, Nevada 89145
         Tel.: 702-388-0005
         Fax: 702-258-0002
         Email: Blumberglaw@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this 10th day of February, 2015.

                                          /s/Carlos Blumberg_____
                                          An employee of Blumberg Law Firm