# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Alan S Mann

Petitioner,

V.

Morgan Stanley Smith Barney, LLC, et al.,

Respondents.

**JUDGMENT FOR ATTORNEYS' FEES IN A CIVIL CASE**

Case Number: 2:15-cv-00217-GMN-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Respondents' Motion for Attorneys' Fees and Costs is GRANTED IN PART. The Court awards attorneys' fees of $14,652.00 and costs of $1,645.20.

3/29/2016

Date

/s/ Lance S. Wilson

Clerk

/s/ S. Denson

(By) Deputy Clerk